■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILLY JOE ARNOLD, Appellant. [65 NYS3d 861]—

Appeal from an order of the Supreme Court, Monroe County (Alex R. Renzi, J.), entered June 23, 2016. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Defendant appeals from an order determin-

ing that he is a level two risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*). Contrary to defendant's contention, Supreme Court properly assessed 15 points under risk factor 11 for a history of drug or alcohol abuse inasmuch as " '[t]he statements in the case summary and presentence report with respect to defendant's substance abuse constitute reliable hearsay supporting the court's assessment of points under [that] risk factor' " (*People v Kunz*, 150 AD3d 1696, 1696 [4th Dept 2017], *lv denied* 29 NY3d 916 [2017]; *see People v Jackson*, 134 AD3d 1580, 1580 [4th Dept 2015]). Contrary to defendant's further contention, " '[a]n offender need not be abusing alcohol or drugs at the time of the instant offense to receive points' for that risk factor" (*Kunz*, 150 AD3d at 1697).

In addition, we conclude that the court providently exercised its discretion in denying defendant's request for a downward departure from his presumptive risk level (*see People v Smith*, 122 AD3d 1325, 1326 [4th Dept 2014]). Present—Peradotto, J.P., Carni, DeJoseph, Curran and Winslow, JJ.